**Dismissed and Memorandum Opinion filed May 6, 2014.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00919-CV

## GERALD PORTER, Appellant

## V.

## THE APPRAISAL GROUP, INC. AND ERVIN L. LEHMAN, Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-07602**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final summary judgment signed August 8, 2013. The clerk's record was filed January 31, 2014. The court reporter notified this court that no reporter's record was taken in this case. Accordingly, appellant's brief was due March 3, 2014. *See* Tex. R. App. P. 38.6(a). Appellant did not file a brief or a motion for extension of time to file his brief. *See* Tex. R. App. P. 38.6(d).

On March 27, 2014, this court issued an order stating that unless appellant filed a brief on or before April 15, 2014, the court would dismiss the appeal for

want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief was filed, and appellant filed no other response to this court's order.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.